RICHARD MARMARO (SBN 91387)
richard.marmaro@skadden.com
PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:  (213) 687-5000
Facsimile:   (213) 687-5600

Attorneys for Defendants Erin Collins,
Andrew Gantman and Dennis J. Malloy

BRADLEY A. PATTERSON (SBN 155482)
bapatterson@lgilaw.com
LGI LLP
18101 Von Karman Avenue, Suite 330
Irvine, California 92612
Telephone: (949) 253-0500
Facsimile: (949) 253-0505

Attorneys for Plaintiff David B. Greenberg

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID B. GREENBERG, an individual, <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY P. FLYNN, an individual; CLAUDIA TAFT, an individual; JOSEPH LOONAN, an individual; DENNIS MALLOY, an individual; JOHN S. CHOPACK, an individual; ERIN COLLINS, an individual; DIANE FULLER, an individual; MARK ELY, an individual; and ANDREW GANTMAN, an individual, <br><br> Defendants. | Case No.: CV09-5273-SJO (RCx) <br><br> **JOINT STATUS REPORT** <br><br> Judge:  Hon. S. James Otero <br> Date:    July 11, 2011 <br> Time:   8:30 a.m. <br> Dep't:   Courtroom 1 – 2d Floor |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated October 7, 2010 (Doc. 70), Plaintiff David B. Greenberg and Defendants Erin Collins, Andrew Gantman and Dennis J. Malloy hereby submit this Joint Status Report.

Plaintiff filed his initial complaint on July 20, 2009, naming only KPMG LLP ("KPMG") as a defendant. (Doc. 1.)  On October 1, 2009, Plaintiff amended his complaint to remove KPMG and add nine new defendants who are current or former KPMG personnel:  Timothy P. Flynn, Claudia Taft, Joseph Loonan, Dennis Malloy, John S. Chopack, Erin Collins, Diane Fuller, Mark Ely and Andrew Gantman (the "Individual Defendants"). (Doc. 7.)

On December 21, 2009 and December 31, 2009, Flynn, Taft, Loonan, Chopack, Fuller, and Ely (the "East Coast Defendants") moved to dismiss the claims against them for lack of personal jurisdiction. (Docs. 37 & 44.)  The Court granted the motions. (Docs. 63 & 69.)

At the same time, Collins, Malloy and Gantman (the "California Defendants") moved to compel arbitration.  In April 2010, the Court granted the California Defendants' motion and stayed this action pending the results of the arbitration.  (Docs. 62 & 64.)

One month later, Plaintiff expressed his intent to commence an arbitration against KPMG and the Individual Defendants.  That arbitration is now underway.

The arbitration agreements between the parties require a three-arbitrator panel with each side choosing one arbitrator and those arbitrators choosing the third arbitrator. Plaintiff designated his choice of an arbitrator on June 10, 2010.  Defendants designated their choice of an arbitrator on June 29, 2010.  Those two arbitrators selected the third arbitrator on October 27, 2010.

In November 2010, the parties engaged in motion practice concerning the composition of the arbitration panel.  The parties' dispute was resolved on December 7, 2010.  Defendant designated a replacement arbitrator on January 14, 2011.

1

JOINT STATUS REPORT

After the arbitration panel was selected, the panel requested that Plaintiff submit a formal Arbitration Demand separate from the complaints that had been filed in this and in the Los Angeles County Superior Court. Plaintiff filed and served the Arbitration Demand on February 16, 2011, naming KPMG and each of the nine Individual Defendants originally named in Plaintiff's amended complaint.

On April 11, 2011, KPMG and the Individual Defendants moved to dismiss the Arbitration Demand for failure to state a claim, among other grounds. A hearing on that Motion is set for July 7, 2011. In the event the Panel does not dismiss Plaintiff's Demand in its entirety, the parties have agreed to set a discovery and arbitration schedule after the Panel rules.

In light of the Court's Orders staying this action pending arbitration (Docs. 62 & 64), and because the arbitration is proceeding, the parties respectfully request that the Court vacate the status conference currently set for July 11, 2011, and instead order that the parties submit a further status report in six months.

Dated: June 27, 2011

By:   /s/ Peter B. Morrison
Richard Marmaro
Peter B. Morrison
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Facsimile: (213) 621-5900

Attorneys for Defendants Erin Collins, Andrew Gantman and Dennis J. Malloy

By:   /s/ Bradley A. Patterson
Bradley A. Patterson
LGI LLP
18101 Von Karman Avenue, Suite 330
Irvine, California 92612
Telephone: (949) 253-0500
Facsimile: (949) 253-0505

Attorneys for Plaintiff David B. Greenberg

2
JOINT STATUS REPORT