RICHARD MARMARO (SBN 91387)
richard.marmaro@skadden.com
PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:   (213) 687-5000
Facsimile:    (213) 687-5600

Attorneys for Defendants Erin Collins,
Andrew Gantman and Dennis J. Malloy

BRADLEY A. PATTERSON (SBN 155482)
bapatterson@lgilaw.com
LGI LLP
18101 Von Karman Avenue, Suite 330
Irvine, California 92612
Telephone: (949) 253-0500
Facsimile: (949) 253-0505

Attorneys for Plaintiff David B. Greenberg

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID B. GREENBERG, an individual, | Case No.: CV09-5273-SJO (RCx) |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | |
| TIMOTHY P. FLYNN, an individual; CLAUDIA TAFT, an individual; JOSEPH LOONAN, an individual; DENNIS MALLOY, an individual; JOHN S. CHOPACK, an individual; ERIN COLLINS, an individual; DIANE FULLER, an individual; MARK ELY, an individual; and ANDREW GANTMAN, an individual, | Judge: Hon. S. James Otero<br>Date: January 9, 2012<br>Time: None set<br>Dep't: Courtroom 1 – 2d Floor |
| Defendants. | |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated July 8, 2011 (Doc. 72), Plaintiff David B. Greenberg and Defendants Erin Collins, Andrew Gantman and Dennis J. Malloy hereby submit this Joint Status Report.

In December 2009, Defendants Collins, Malloy and Gantman (the "Defendants") moved to compel arbitration. In April 2010, the Court granted the Defendants' motion and stayed this action pending the results of the arbitration. (Docs. 62 & 64.)

After a lengthy selection process, the arbitration panel was constituted on January 14, 2011. Plaintiff filed and served the Arbitration Demand on February 16, 2011.

On April 11, 2011, Respondents in the arbitration moved to dismiss the Arbitration Demand for failure to state a claim, among other grounds. The arbitration panel granted the Defendants' motion and dismissed the Arbitration Demand on July 29, 2011. Plaintiff has since indicated that he intends to submit an amended Arbitration Demand.

In light of the Court's Orders staying this action pending arbitration (Docs. 62 & 64), and because the arbitration has not been dismissed with prejudice and remains ongoing, the parties respectfully request that the Court order that the parties submit a further status report in six months.

Dated: January 9, 2012

By:  /s/ Peter B. Morrison
Richard Marmaro
Peter B. Morrison
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071
Telephone: (213) 687-5000
Facsimile: (213) 621-5900

Attorneys for Defendants Erin Collins,
Andrew Gantman and Dennis J. Malloy

By:  /s/ Bradley A. Patterson
Bradley A. Patterson
LGI LLP
18101 Von Karman Avenue, Suite 330
Irvine, California 92612
Telephone: (949) 253-0500
Facsimile: (949) 253-0505

Attorneys for Plaintiff David B. Greenberg